UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| NICOLAS ZANEN and<br>FRANCIS J. VAN STEENBERGE | : |
| Defendants. | : |

### PLAINTIFF'S UNOPPOSED MOTION TO ENTER FINAL JUDGMENT AGAINST DEFENDANT FRANCIS J. VAN STEENBERGE

Plaintiff Securities and Exchange Commission ("Commission") files this Unopposed Motion to Enter Final Judgment against Defendant Francis J. van Steenberge ("Defendant), and respectfully shows the Court as follows:

1. On October 9, 2015, concurrently with this motion, the Commission filed suit alleging violations of the federal securities laws by Defendant.

2. Prior to the commencement of this lawsuit, Defendant offered to settle the Commission's claims against him. The terms of this settlement are contained in his signed Consent, attached as Exhibit A to this motion, and filed concurrently herewith.

3. Under the Consent, Defendant waives service of process, appears in this action, and agrees to the entry of Final Judgments against him without further notice. The proposed Final Judgment appears as exhibit B to this motion.

4. Without admitting or denying the allegations in the Commission's Complaint, Defendant further consented to the entry under the proposed Final Judgment of permanent

injunctions against him. In addition to the injunctive relief, Defendant has agreed to pay disgorgement of ill-gotten gains and prejudgment interest thereon, pursuant to Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)]. The Court shall determine the amounts of the disgorgement and any civil penalty upon motion of the Commission.

    3.    Defendant has agreed that the Commission may present the proposed Final Judgment to the Court for consideration, and the Commission respectfully requests that the Court enter the proposed Final Judgment against this Defendant.

October 9, 2015

Respectfully submitted

*s/ Matthew J. Gulde*
Matthew J. Gulde
Illinois Bar No. 6272325
United States Securities and
Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX  76102
Telephone:  (817) 978-1410
Facsimile:  (817) 978-4927
E-mail: guldem@sec.gov

John B. Hughes (CT05289)
Connecticut Federal Bar No. ct05289
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church St., 25th Floor
New Haven, CT 06510
Telephone: (203) 821-3700
Facsimile: (203) 773-5373
E-mail: John.Hughes@usdoj.gov

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2015, a copy of foregoing *Unopposed Motion To Enter Final Judgment* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ John B. Hughes*
John B. Hughes