UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NICOLAS ZANEN and<br>FRANCIS J. VAN STEENBERGE<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil No. 3:15-cv-01469 (JAM)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## PLAINTIFF'S UNOPPOSED MOTION TO ENTER FINAL JUDGMENT AGAINST DEFENDANT NICOLAS ZANEN

Plaintiff Securities and Exchange Commission ("Commission") files this Unopposed Motion to Enter Final Judgment against Defendant Nicolas Zanen ("Defendant), and respectfully shows the Court as follows:

1. On October 9, 2015, the Commission filed suit alleging violations of the federal securities laws by this Defendant.

2. The Commission has reached a settlement with Defendant regarding the Commission's claims.  Defendant has executed the attached Consent and agrees to the form of the attached proposed Judgment.  A copy of the Consent is attached hereto as Exhibit "A" and a copy of the Judgment is attached hereto as Exhibit "B".

3. The Commission respectfully requests that the Court enter the Agreed Final Judgment as to Defendant Nicolas Zanen and that the Court expressly rule that there is no just reason for delaying the entry of such Final Judgment under Federal Rule of Civil Procedure 54(b).

May 20, 2016                                    Respectfully submitted,

 

                                                   Matthew J. Gulde
Illinois Bar No. 6272325
United States Securities and
Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX  76102
Telephone:  (817) 978-1410
Facsimile:  (817) 978-4927
E-mail: guldem@sec.gov


 s/ *John B. Hughes*
John B. Hughes (CT05289)
Connecticut Federal Bar No. ct05289
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church St., 25th Floor
New Haven, CT 06510
Telephone: (203) 821-3700
Facsimile: (203) 773-5373
E-mail: John.Hughes@usdoj.gov

ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

     I hereby certify that on May 20, 2016, a copy of foregoing *Unopposed Motion To Enter Final Judgment* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                   s/ *John B. Hughes*
                                                   John B. Hughes