# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Securities and Exchange Commission,<br>    Plaintiff, | :<br>:<br>:<br>: |
| v. | :     Civil Action No: 3:15cv-01469(JAM) |
| | : |
| Francis J. Van Steenberge and Nicolas Zanen,<br>    Defendants. | :<br>: |

## JUDGMENT

This matter came for consideration before Honorable Jeffrey Alker Meyer, United States District Judge. On October 9, 2015, the plaintiff filed a consent motion for judgment against defendant Francis J. Van Steenberge (Doc. #2) and on May 20, 2016, the plaintiff filed a motion to approve consent judgment against defendant Nicolas Zanen (Doc. #19) in this action.

Judge Jeffrey Alker Meyer, having considered the full record of the case, entered an Order (Doc. #20) on June 7, 2016, granting plaintiff's consent motions for judgment (Docs. #2, #19). It is therefore

ORDERED, ADJUDGED and DECREED that the judgment is granted in favor of the plaintiff and the case is closed.

Dated at New Haven, Connecticut this 7th day of June, 2016.

ROBIN D. TABORA, Clerk

By /s/ Yelena Gutierrez
Yelena Gutierrez
Deputy Clerk

EOD:   June 7, 2016